JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CARMEN M. SANDOVAL, in individual and representative capacity as trustee of the Carmen M. Sandoval Revocable Trust Dated July 10, 2012; MAZEN MOSTAFA ABDELFATTAH<br><br>        Defendants. | Case No.: 8:21-cv-00276-DOC-(KESx)<br><br>**ORDER**  [27] |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: April 16, 2021

_David O. Carter_
HONORABLE DAVID O. CARTER
United States District Judge